UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Laborers' Pension Fund and Laborers' Welfare Fund Of The Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, et al.

Plaintiff,

v.

Case No.: 1:19−cv−08067

Honorable Manish S. Shah

Synergy Development Limited

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2020:

MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [13], this case is dismissed without prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.